# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES M. CHAMBERS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 17-0682 (EGS) |
| CCA/CTF, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## MEMORANDUM OPINION

Plaintiff's claims arose during his detention at the Correctional Treatment Facility ("CTF") in Washington, D.C. At that time, Corrections Corporation of America ("CCA," now known as CoreCivic) operated the CTF. The United States Marshals Service attempted to serve CCA at the CTF, a deputy was directed to CCA's registered agent. *See* ECF No. 10. The Court issued summonses for each of the four defendants plaintiff named in his complaint, *see* ECF No. 12, and a Deputy United States Marshal purportedly served these summonses on August 9, 2018, *see* ECF No. 13. No individual defendant has appeared *pro se*, and counsel has entered an appearance on behalf any defendant. According to BOP's Inmate Locator, plaintiff has been designated to a federal penitentiary in Coleman, Florida.

Given the lack of activity in the case over several months, it appeared that the plaintiff did not intend to prosecute the case. Before issuing a dismissal order, however, the Court afforded plaintiff an opportunity to be heard. On June 24, 2019, the Court issued an order to show case, *see* ECF No. 16, directing the plaintiff to show cause in writing why this case should not be dismissed for failure to prosecute. The Clerk of Court sent the plaintiff a copy of the order at USP Coleman, and to date, the plaintiff has not responded to the order to show cause.

Accordingly, the Court will discharge the order to show case and dismiss the complaint and this civil action without prejudice for failure to prosecute. An Order is issued separately.

DATE: September 9, 2019

/s/
EMMET G. SULLIVAN
United States District Judge